UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARLO K. CORLETTO,<br><br>        Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.; et al.,<br><br>        Defendants. | 3:12-cv-0052-LRH-WGC<br><br>ORDER |

Before the court is defendant Mortgage Electronic Registration Systems, Inc. ("MERS"); HSBC Bank USA, National Association ("HSBC"); and Quality Loan Service Corporation's ("QLS") (collectively "defendants") motion to expunge lis pendens. Doc. #36.[1] Also before the court are various motions by the parties. *See* Doc. ##7, 20, 25, 27.

On April 12, 2012, the court dismissed plaintiff Marlo K. Corletto's complaint for failure to state a claim. Doc. #35. Accordingly, the court shall grant moving defendants' motion to expunge the lis pendens recorded on the underlying property. Further, the court will deny the various remaining pending motions as moot.

///

///

---

[1] Refers to the court's docket entry number.

1    IT IS THEREFORE ORDERED that defendants' motion to expunge lis pendens (Doc. #36) is GRANTED. Defendants shall have up to ten (10) days from entry of this order to prepare an appropriate order expunging the lis pendens and submit the same for signature.

    IT IS FURTHER ORDERED that plaintiff's motion to extend time (Doc. #7) is GRANTED nunc pro tunc.

    IT IS FURTHER ORDERED that defendants' supplemental motion to dismiss (Doc. #20); plaintiff's motion to correct (Doc. #25); and plaintiff's motion to conduct discovery (Doc. #27) are DENIED as moot.

    IT IS SO ORDERED.

    DATED this 4th day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE